**Order filed Feburary 23, 2015**



**In The**

# Fourteenth Court of Appeals

**NO.  14-14-00550-CV**
_____

**D. PATRICK SMITHERMAN, Appellant**

**V.**

**BANK OF AMERICA, N.A., Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-47746**

## O R D E R

The clerk's record was filed August 8, 2014. Our review has determined that a relevant item has been omitted from the clerk's record.  *See* Tex. R. App. P. 34.5(c).  The record does not contain Plaintiff's First Amended Verified Original Petition, Application for Restraining Order, Temporary Injunction, and Permanent Injunction (with attached exhibits) filed on or about August 18, 2011.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before March 5, 2015, containing Plaintiff's First Amended Verified Original Petition, Application for Restraining Order, Temporary Injunction, and Permanent Injunction (with attached exhibits) filed on or about August 18, 2011.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM